UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
EVAN K. HALPERIN REVOCABLE LIVING TRUST,

               Plaintiff,

          -against-

CHARLES SCHWAB & Co., INC.,

               Defendant.
-----------------------------------------------------------x

21-cv-8098 (PKC)

ORDER

CASTEL, District Judge:

        The Court has reviewed Exhibits 29 and 30 to the Marinzel Declaration (Doc 13) and agrees that Schwab's interests in cybersecurity, a legitimate privacy interest, overcomes the presumption of public access for the reasons stated in the Letter Motion of December 17 (Doc 17.)

        Letter motion (Doc 17) is GRANTED. The Clerk shall remove Docs 13-29 and 13-30 from the public docket. Schwab shall file redacted versions on the public docket within seven (7 days). The Clerk shall terminate letter motions (Doc 17 and 19).

        SO ORDERED.

                                            P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       January 12, 2022