UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
EVAN K. HALPERIN REVOCABLE LIVING
TRUST,

                Plaintiff,

                                                          21-cv-8098 (PKC)

           -against-                                       ORDER

CHARLES SCHWAB & Co., INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, District Judge:

       In connection with the Court's consideration of the petition to vacate the arbitration award and the cross motion to confirm the award, the Court will decide whether the Marinzel declaration may be appropriately considered.  Motion to strike (Doc 18) is DENIED as such but the argument that the Marinzel declaration may not be appropriately considered will be taken and decided with the merits of the cross-applications.

       SO ORDERED.

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
        February 7, 2022