**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EVAN K. HALPERIN REVOCABLE
LIVING TRUST,

                Petitioner,                        21 **CIVIL** 8098 (PKC)

       -against-                                **JUDGMENT**

CHARLES SCHWAB & CO., INC.,
                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 19, 2022, the Trust's motion to strike the Marinzel Declaration is DENIED. The Trust's petition to vacate the Award is DENIED. Schwab's cross-motion to confirm the Award is GRANTED. Final judgment is entered for Respondent Schwab in the amount of $164,123.64.

**Dated**: New York, New York
        September 20, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                    **BY:**     *K. Mango*
                                                          **Deputy Clerk**