UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EVAN K. HALPERIN REVOCABLE
LIVING TRUST,

        Petitioner and Cross-Respondent,

21-cv-8098 (PKC)

OPINION AND ORDER

        -against-

CHARLES SCHWAB & CO., INC.,

        Respondent and Cross-Petitioner.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Petitioner and Cross-Respondent Evan K. Halperin Revocable Living Trust's motion to withdraw its previously filed motion to amend and amendment thereto is GRANTED. (ECF 64). The Clerk is directed to terminate the motions. (ECF 58, 60, 64).

        The request by Respondent and Cross-Petitioner Charles Schwab & Co. ("Schwab") for attorneys' fees and costs incurred as a result of its efforts to enforce the arbitration award remains pending. (ECF 53.) The Court will defer a decision on Schwab's application until the issuance of the mandate by the United States Court of Appeals for the Second Circuit. Schwab may submit a supplemental application within 14 days of the issuance of the mandate.

SO ORDERED.

                                                                   P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
           January 25, 2023